# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-0724
LT Case No. 16-2018-CF-314-A

————————————————

LATHOMAS S. DENNIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Robert David Malove, of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.

August 13, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————